**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
03/02/2021
US POSTAGE $001.4
ZIP 900
041M1146



Shay Paniry, Reg. No.: 65246-112
USP Thomson
U.S. Penitentiary
-R-T-S-  61285-RFS-1N    03/12/21   * R F S *
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

R.T.S
SJO
Inactive



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 18 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                 DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                 DEPUTY



AUSP THOMSON
X Return to Sender — Inmate is deceased
X Unknown
___ Need Register Number
___ Moved, No Address Provided
___ Moved, Forwarding Order Expired
___ No Package Authorization on File
___ Unauthorized Inmate to Inmate Mail

Legal mail. Open in presence

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<31153557@cacd.uscourts.gov>Subject:Activity in Case 2:19-cv-00087-SJO Shay Paniry v. United States of America Notice of Attorney Appearance or Reassignment for the USA Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/30/2020 at 3:04 PM PST and filed on 12/30/2020

| | |
|---|---|
| **Case Name:** | Shay Paniry v. United States of America |
| **Case Number:** | 2:19-cv-00087-SJO |
| **Filer:** | United States of America |

**WARNING: CASE CLOSED on 09/16/2019**

**Document Number:** 18

**Docket Text:**
**NOTICE OF REASSIGNMENT of Assistant United States Attorney on behalf of plaintiff United States of America. Assistant United States Attorney Matthew J Jacobs terminated. (rrey)**

**2:19-cv-00087-SJO Notice has been electronically mailed to:**
Matthew J Jacobs    matthew.jacobs@usdoj.gov, USACAC.Civil@usdoj.gov
Robyn Kali Bacon    robyn.bacon@mto.com, CaseView.ECF@usdoj.gov
**2:19-cv-00087-SJO Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Shay Paniry
65246-112
USP-Coleman 1
PO Box 1033
Coleman, FL 33521

The following document(s) are associated with this transaction: